39 So.2d 922

**AUTO MOVIE, Inc. et al. v. A. B. REESE et al.**

7 Div. 995.

Supreme Court of Alabama.

March 11, 1949.

Roy D. McCord, of Gadsden, for appellants.

Dortch, Allen & Meighan and W. G. Dooly, all of Gadsden, for appellees.

PER CURIAM.

Appeal dismissed, motion of appellants,

41 So.2d 911

**F. L. CLARK, Sr. v. Allie Hubbard CLARK.**

6 Div. 859.

Supreme Court of Alabama.

June 27, 1949.

Geo. I. Case, Jr., of Birmingham, for appellant.

G. Ernest Jones, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant, without prejudice.

41 So.2d 911

**Stockton COOKE, Jr. v. FIRST FEDERAL SAVINGS & LOAN ASS'N OF FLORENCE.**

8 Div. 502.

Supreme Court of Alabama.

May 26, 1949.

PER CURIAM.

Appeal dismissed, want of prosecution.

39 So.2d 922

**Shaley COVINGTON v. B. M. DAVIS.**

7 Div. 956.

Supreme Court of Alabama.

Jan. 13, 1949.

Orme & Porter, of Gadsden, for appellant.

Hugh Reed, Jr. and Irby A. Keener, both of Centre, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.